1074

No. 89–946.   LAFITTE v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–947.   CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL. v. MULLER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–949.   AMERICAN HOME INSURANCE GROUP ET AL. v. AARON ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–950.   UNITED TRANSPORTATION UNION v. BLANKENBAKER ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–951.   MERRELL DOW PHARMACEUTICALS, INC. v. OXENDINE.   Ct. App. D. C.   Certiorari denied.

No. 89–952.   UNITED STATES STEEL CORPORATION PLAN FOR EMPLOYEE INSURANCE BENEFITS ET AL. v. MUSISKO ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–953.   SAFIR v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–956.   SEARIGHT ET UX. v. CIMINO.   Sup. Ct. Mont. Certiorari denied.

No. 89–957.   TRANSPORTES DEL NORTE v. CLARK ET AL. Sup. Ct. Tex.   Certiorari denied.

No. 89–958.   FELTNER ET AL. v. FLEISCHHAUER ET AL. C. A. 6th Cir.   Certiorari denied.

No. 89–959.   LOPEZ v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–961.   LAMON ET UX. v. CITY OF WESTPORT ET AL. Ct. App. Wash.   Certiorari denied.